**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SINGH H. SOHAL-KULVINDER,

        Petitioner,

   v.

ERIC H. HOLDER, Jr., Attorney General,

        Respondent.

No. 07-72554

Agency No. A092-954-169

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

    Singh H. Sohal-Kulvinder, a native and citizen of India, petitions pro se for

review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C.

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review de novo questions of law, *Vasquez-Zavala v. Ashcroft*, 324 F.3d 1105, 1107 (9th Cir. 2003), and we deny the petition for review.

The IJ properly determined that Sohal-Kulvinder was removable under 8 U.S.C. § 1227(a)(2)(A)(ii) for having been convicted of two crimes involving moral turpitude not arising out of a single scheme of criminal misconduct. *See Cuevas-Gaspar v. Gonzales*, 430 F.3d 1013, 1020 (9th Cir. 2005) ("[C]rimes of theft or larceny are crimes involving moral turpitude."). A waiver for this ground of removability was unavailable to Sohal-Kulvinder. *See Aguilar-Ramos v. Holder*, 594 F.3d 701, 706 (9th Cir. 2010); *Garcia-Jimenez v. Gonzales*, 488 F.3d 1082, 1086 (9th Cir. 2007) (an alien cannot receive both cancellation of removal and § 212(c) relief).

Sohal-Kulvinder's remaining contention is not persuasive.

**PETITION FOR REVIEW DENIED.**